## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUNIOR WALKER MILLS, | ) | 3:03–cv-00219-LRH-RAM |
| | ) | |
| Petitioner, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| DON HELLING, *et al.*, | ) | February 8, 2012 |
| | ) | |
| Respondents. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Petitioner's Motion Requesting Documents (#73)[1].  Good cause appearing,

    Petitioner's Motion Requesting Documents (#73) is **GRANTED**.  The Clerk of the Court shall mail a copy of Petitioner's Screening Order (#13) to Petitioner: Junior Walker Mills, P.O. Box 7000, Carson City, NV 89702.

                                LANCE S. WILSON, CLERK

                                By:   /s/
                                        Deputy Clerk

---

[1] Refers to court's docket number.